UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 02, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: REGIONS MORGAN KEEGAN SECURITIES,
DERIVATIVE AND EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

Alphonse M. Hiegle, et al. v. Morgan Keegan & Co., Inc., )
E.D. Arkansas, C.A. No. 4:09-817 )   MDL No. 2009

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hiegle*) on November 5, 2009. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hiegle* on November 23, 2009. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Western District of Tennessee on November 23, 2009. The Panel has now been advised that *Hiegle* was remanded to Faulkner County Circuit Court, Arkansas, by the Honorable Garnett Thomas Eisele, in an order filed on November 20, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-10" filed on November 5, 2009, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel